**STATE of Missouri, Respondent,**

v.

**John CLINE, Appellant.**

**No. WD 39543.**

Missouri Court of Appeals,
Western District.

May 24, 1988.

Steven J. Bratten, Hyder, Prenger, Bratten and Neff, Jefferson City, for appellant.

Marvin W. Opie, Pros. Atty., Versailles, for respondent.

Before MANFORD, J.P., and
TURNAGE and COVINGTON, JJ.

---

**ORDER**

PER CURIAM:

Appeal from conviction of property damage in the third degree, § 569.120, RSMo 1978, and punishment of a $100 fine.

Affirmed. Rule 30.25(b).

---

**Gary L. BARNETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39664.**

Missouri Court of Appeals,
Western District.

May 24, 1988.

Tim Wynes, Columbia, for appellant.

William L. Webster, Atty. Gen., Jared Richard Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
TURNAGE and COVINGTON, JJ.

**ORDER**

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).